Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant, The Northwestern Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LESLIE JOY MINTZ, M.D.,<br>Plaintiff,<br>v.<br>NORTHWESTERN MUTUAL,<br>Defendant. | Case No. 2:24-cv-05494-RAO<br><br>**DEFENDANT THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>***[Filed concurrently with Memorandum of Points and Authorities; Declaration of Edith S. Shea; Declaration of Kris Lenling-Olson and (Proposed) Order]***<br><br>**Date: August 7, 2024**<br>**Time: 10:00 a.m**<br>**Ctrm: 590**<br>**Judge: Hon. Rozella A. Oliver** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 7, 2024, Defendant, The Northwestern Mutual Life Insurance Company ("Northwestern"), will move to dismiss Plaintiff's Complaint: First Cause of action for Breach of Contract, and Second Cause of action for Fraud. This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), on the grounds that Plaintiff fails to allege sufficient facts to state any claim upon which relief can be granted.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Kris Lenling-Olson, and the Exhibits thereto, the Declaration of Edith Sanchez Shea, and the Exhibit thereto, the documents previously filed with the Court that have been incorporated by reference, the complete record in the action as of the date of the hearing, and on such other and further matters as may be presented to the Court at the time of the hearing on this matter.

This motion is made following Defendant's counsel's attempts to confer with Plaintiff pursuant to Local Rule 7-3. (Declaration of Edith Sanchez Shea, ¶ 2, Exhibit 1.)

Dated: July 3, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant, The Northwestern Mutual Life Insurance Company