Leslie Joy Mintz, M.D.
E-mail: lesliejoymintzmd@gmail.com
1072 Casitas Pass Road,, PMB 203
Carpinteria, CA 93013
Tel: 805.280.6386

Plaintiff, Self-Represented

Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

Attorney for Defendant, The Northwestern Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

LESLIE JOY MINTZ, M.D.,

Plaintiff,

v.

NORTHWESTERN MUTUAL,

Defendant.

Case No. 2:24-cv-05494 MRA (MAAx)

**STIPULATION TO CONTINUE HEARING AND RELATED DATES ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**

***[Filed concurrently with (Proposed) Order]***

**Current**
**Hearing Date: September 12, 2024**
**Time: 1:30 p.m.**
**Ctrm: 10B**
**Judge: Hon. Mónica Ramírez Almadani**

**Requested Hearing**
**Date: October 17, 2024**
**Time: 1:30 p.m.**
**Ctrm: 10B**
**Judge: Hon. Mónica Ramírez Almadani**

Plaintiff Leslie Joy Mintz, M.D. ("Plaintiff") and Defendant The Northwestern Mutual Life Insurance Company (sued herein as Northwestern Mutual) ("Defendant"), through its counsel of record, hereby stipulate and request that the hearing date on Defendant's Motion to Dismiss Complaint [Doc. 5] and related opposition and reply dates be continued as follows:

| **Event:** | **Current Date:** | **Requested Date:** |
|---|---|---|
| Plaintiff's Opposition to Motion to Dismiss Complaint | August 22, 2024 | September 26, 2024 |
| Defendant's Reply in Support of Motion to Dismiss Complaint | August 29, 2024 | October 3, 2024 |
| Hearing on Defendant's Motion to Dismiss Complaint | September 12, 2024; 1:30 p.m. | October 17, 2024; 1:30 p.m. |

Good cause exists for the continuance of these dates. Dr. Mintz requested that Northwestern Mutual agree to additional time for the hearing on the pending motion to allow her time to consult with and potentially retain counsel to represent her in this matter. Dr. Mintz also stated that she requires more time to complete the opposition because she needs to attend to certain medical issues. Northwestern Mutual agrees to this request. (The new proposed date complies with the Court's hearing day and time for civil motions.)

///

///

///

///

///

///

///

IT IS SO STIPULATED that the dates related to Northwestern Mutual's Motion to Dismiss Complaint be continued, as set forth above, and in the (Proposed) Order submitted with this Stipulation.

Respectfully submitted,

Dated: August 16, 2024

By: */s/ Leslie Joy Mintz, M.D. (by ESS)*
Leslie Joy Mintz, M.D.
Plaintiff, Self-Represented

Dated: August 16, 2024 BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant, The Northwestern Mutual Life Insurance Company

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff Leslie Joy Mintz, M.D.

Dated: August 16, 2024 BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant, The Northwestern Mutual Life Insurance Company