Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant, The Northwestern Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LESLIE JOY MINTZ, M.D.,<br>Plaintiff,<br>v.<br>NORTHWESTERN MUTUAL,<br>Defendant. | Case No. 2:24-cv-05494 MRA (MAAx)<br><br>**DEFENDANT THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>***[Filed concurrently with Memorandum of Points and Authorities; Declaration of Edith S. Shea; and (Proposed) Order]***<br><br>**Date: March 10, 2025**<br>**Time: 1:30 p.m.**<br>**Ctrm: 10B**<br>**Hon. Mónica Ramírez Almadani** |

**TO PLAINTIFF LESLIE JOY MINTZ, M.D.:**

**PLEASE TAKE NOTICE** that on March 10, 2025, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 10B of the above-entitled Court, located 350 W. First Street, Los Angeles, California 90012, Defendant, The Northwestern Mutual Life Insurance Company ("Northwestern"), will move to dismiss Plaintiff's First Amended Complaint: First Cause of action for Breach of Contract, and Second Cause of action for Fraud. This Motion is made pursuant to

Federal Rules of Civil Procedure 12(b)(6) and 9(b), on the grounds that Plaintiff fails to allege sufficient facts to state any claim upon which relief can be granted.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Edith Sanchez Shea, the documents previously filed with the Court that have been incorporated by reference, the complete record in the action as of the date of the hearing, and on such other and further matters as may be presented to the Court at the time of the hearing on this matter.

This Motion is made following Defendant's counsel's attempt to confer with Plaintiff pursuant to Local Rule 7-3. (Declaration of Edith Sanchez Shea, ¶ 3, Exhibit A.)

Dated: January 21, 2025 BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant, The Northwestern Mutual Life Insurance Company